FILED
DISTRICT COURT OF GUAM
AUG 23 2006
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

UNITED STATES OF AMERICA
V.

**FRANCIS A. AGUON**

(Name and Address of Defendant)

## SUMMONS IN A CRIMINAL CASE

Case Number: CR-97-00074

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**District Court of Guam**<br>4th Floor, U.S. Courthouse, 520 West Soledad Avenue<br>Hagatna, Guam 96910 | Room<br>413 |
|---|---|
| | Date and Time<br>Wednesday, August 23, 2006 at 10:30 a.m. |
| Before: **HONORABLE JOAQUIN V.E. MANIBUSAN, JR.** | |

To answer a(n)
☐ Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  **X** Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title __18__ United States Code, Section(s) __3583__

Brief description of offense:

**ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE CONDITIONS SHOULD NOT BE REVOKED**

**SEE PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION AND ORDER SEPARATELY FILED ON AUGUST 15, 2006.**

MELISSA L. TRAUNER, Deputy Clerk
Name and Title of Issuing Officer

*Melissa L. [signature]*
Signature of Issuing Officer

August 16, 2006
Date

# RETURN OF SERVICE

Service was made by me on:[1]     Date    8/23/2006

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

UNITED STATES MARSHALS SERVICE
ATTN:
520 W. SOLEDAD AVE, SUITE 344
HAGATNA, GUAM 96910

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on    8/23/2006
           Date

           J. Salas
           Name of United States Marshal

           (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.