# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# REVOCATION

CASE NO.: CR-97-00074     DATE: August 23, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori     Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez     Electronically Recorded: 10:43:06 - 10:47:37
CSO: J. McDonald

**APPEARANCES:**

Defendant: Francis A. Aguon     Attorney: None Present
☑ Present ☐ Custody ☐ Bond ☐ P.R.     ☐ Present ☐ Retained ☐ FPD ☐ CJA
U.S. Attorney: Karon Johnson     U.S. Agent:
U.S. Probation: Grace Flores     U.S. Marshal: None Present
Interpreter:     Language:

**PROCEEDINGS: Initial Appearance and Order to Show Cause Why Supervised Release Conditions Should Not Be Revoked**

- Court stated that the defendant's previous counsel moved to withdraw, however, no written motion was filed.
- Court appointed the Federal Public Defender to represent the defendant and continued the proceedings to allow new counsel to review the file.
- Government had no objections.
- Proceedings continued to: <u>August 29, 2006 at 9:30 a.m.</u>
- Defendant was instructed to return to court on his next hearing date.

NOTES: