

**FILED**
DISTRICT COURT OF GUAM

AUG 24 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CRIMINAL** CASE NO.  97-00074 |
| Plaintiff, | |
| vs. | **APPOINTMENT ORDER** |
| **FRANCIS A. AGUON,** | |
| Defendant. | |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to

represent the defendant in the above-entitled case *nunc pro tunc* to August 16, 2006.

Dated this 23rd day of August, 2006.

_____
JOAQUIN V. E. MANIBUSAN, JR., MAGISTRATE JUDGE
DISTRICT COURT OF GUAM

ORIGINAL