

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 97-00074-001 |
| Plaintiff, | ) | |
| | ) | **SUPPLEMENTAL** |
| | ) | **DECLARATION IN SUPPORT OF PETITION** |
| vs. | ) | |
| | ) | |
| FRANCIS A. AGUON | ) | |
| Defendant. | ) | |

I, U.S. Probation Officer Grace D. Flores, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of supervised release for Johnny W. Su, and in that capacity declare as follows:

On October 14, 1997, Francis Aguon was sentenced to 108 months imprisonment and five years supervised release for the offense of Possession with Intent to Distribute Methamphetamine Hydrocholoride, in violation of 21 U.S.C. § 841(a)(1). On July 20, 2005, Mr. Aguon's term of supervised release was revoked and he was sentenced to 11 months imprisonment followed by 49 months of supervised release. His term of supervised release began on June 16, 2006. Mr. Aguon is alleged to have committed the following violation:

**Standard Condition:** *The defendant shall refrain from any unlawful use of a controlled substance.*

On August 9, 2006, Mr. Aguon reported late for his scheduled urinalysis. He signed an admission of drug use form indicating he used "ice' on August 8, 2006.

**Special condition:** *Defendant shall participate in a substance abuse treatment program approved by the U.S. Probation Office for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse.*

Mr. Aguon failed to show for his scheduled counseling session on August 9, 2006. Additionally, he failed to show for his scheduled urinalysis on August 14, 2006.

**Recommendation:** This Officer respectfully requests that this supplemental declaration in support of petition be considered with the violation information previously submitted.

ORIGINAL

Supplemental Declaration in Support of Petition
Re: AGUON, Francis A.
USDC Cr. Cs. No. 97-00074-001
August 28, 2006
Page 2

Executed this 28th day of August 2006, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: *signature*
GRACE D. FLORES
U.S. Probation Officer

Reviewed by:

*signature*
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Karon Johnson, AUSA
    Federal Public Defender
    File