# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# REVOCATION

CASE NO.: CR-97-00074　　　　　　　　　　　　DATE: August 29, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 9:49:25 - 9:55:51
CSO: J. L izama / J. McDonad

**APPEARANCES:**

Defendant: Francis A. Aguon　　　　　　Attorney: Richard Arens
　　Present　Custody　Bond　P.R.　　　　Present　Retained　FPD　CJA
U.S. Attorney: Karon Johnson　　　　　U.S. Agent:
U.S. Probation: Grace Flores　　　　　U.S. Marshal: None Present
Interpreter:　　　　　　　　　　　　　Language:

**PROCEEDINGS: Continued Order to Show Cause Why Supervised Release Conditions Should Not Be Revoked**

- Defendant admits to all the allegations.
- Defendant to remain released.

NOTES: Parties agreed to probation's recommendation for 6 days of intermittent confinement. The Court accepted the agreement and stated that it will submit its report and recommendation to the district judge for final disposition.