# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# REVOCATION

CASE NO.: CR-97-00074            DATE: January 25, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley      Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez      Electronically Recorded: 10:57:27 - 11:11:10
CSO: F. Tenorio

**APPEARANCES:**
Defendant: Francis A. Aguon      Attorney: Richard Arens
☒ Present ☐ Custody ☐ Bond ☐ P.R.      ☒ Present ☐ Retained ☒ FPD ☐ CJA
U.S. Attorney: Karon Johnson      U.S. Agent:
U.S. Probation: Grace Flores      U.S. Marshal: D. Punzalan
Interpreter:      Language:

**PROCEEDINGS: Initial Appearance and Order to Show Cause Why Supervised Release Conditions Should Not Be Revoked**

- Federal Public Defender appointed.
- Ms. Johnson moved for a continuance and stated her reasons. The Court granted the continuance and set the Continued Order to Show Cause hearing for: February 13, 2007 at 10:30 a.m.
- Ms. Johnson recommended detention. Defense objected. Detention hearing set for: January 29, 2007 at 10:00 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: