IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**
**GENERAL**



FILED
DISTRICT COURT OF GUAM
JAN 30 2007
MARY L.M. MORAN
CLERK OF COURT

CASE NO.: CR-97-00074    DATE: January 29, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori          Court Recorder: Virginia T. Kilgore
Courtroom Deputy: Virginia T. Kilgore  Electronically Recorded: 10:15:01- 10:27:14
CSO: F. Tenorio

**APPEARANCES:**

Defendant: Francis A. Aguon          Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.   ☑ Present ☐ Retained ☐ FPD ☐ CJA
U.S. Attorney: Karon Johnson         U.S. Agent:
U.S. Probation: Grace Flores         U.S. Marshal: D. Punzalan / V. Roman
Interpreter:                         Language:

**PROCEEDINGS: Detention Hearing**
- Defense counsel's argument for release was denied.
- Defendant detained as previously ordered.

NOTES: