IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
AMENDED CRIMINAL MINUTES*
REVOCATION



**FILED**
DISTRICT COURT OF GUAM
JAN 29 2007
MARY L.M. MORAN
CLERK OF COURT

CASE NO.: CR-97-00074              DATE: January 25, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding*
Law Clerk: Judith P. Hattori*           Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez   Electronically Recorded: 10:57:27 - 11:11:10
CSO: F. Tenorio

## APPEARANCES:

Defendant: Francis A. Aguon                Attorney: Richard Arens
☑ Present ☐ Custody ☐ Bond ☐ P.R.         ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Karon Johnson               U.S. Agent:
U.S. Probation: Grace Flores               U.S. Marshal: D. Punzalan
Interpreter:                               Language:

**PROCEEDINGS: Initial Appearance and Order to Show Cause Why Supervised Release Conditions Should Not Be Revoked**

- Federal Public Defender appointed.
- Ms. Johnson moved for a continuance and stated her reasons. The Court granted the continuance and set the Continued Order to Show Cause for: February 13, 2007 at 10:30 a.m.
- Ms. Johnson recommended detention. Defense objected. Detention Hearing set for: January 29, 2007 at 10:00 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES:

*Amended to correct the Judge and Law Clerk.