AO 471 (Rev. 12/03) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

In the _____ District of _____ **GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>**FRANCIS A. AGUON**<br><br>_Defendant_ | **ORDER OF TEMPORARY DETENTION TO PERMIT REVOCATION OF SUPERVISED RELEASE OR APPROPRIATE DISPOSITION**<br><br>Case Number: **CR-97-00074** |

I find that the defendant

**X** is, and was at the time the alleged offense was committed:

☐ on release pending trial for a felony under federal, state, or local law.

☐ on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence, for an offense under federal, state, or local law.

**X** on supervised release, probation or parole for an offense under federal, state, or local law; or

☐ is not a citizen of the United States or lawfully admitted for permanent residence as defined at (8 U.S.C. §1101(a)(20)).

and I further find that the defendant may

☐ flee, or **X** pose a danger to another person or the community.

I accordingly ORDER the detention of the defendant without bail pending the Detention Hearing scheduled for **January 29, 2007, at 10:00 a.m.**

Date: _____January 29, 2007_____



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**