# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# REVOCATION

CASE NO.: CR-97-00074　　　　　　　　　　　　DATE: February 13, 2007

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 10:33:56 - 10:40:56
CSO: F. Tenorio

---

**APPEARANCES:**

Defendant: Francis A. Aguon　　　　　　　Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Karon Johnson　　　　　　U.S. Agent:
U.S. Probation: Grace Flores　　　　　　U.S. Marshal: D. Punzalan
Interpreter:　　　　　　　　　　　　　　Language:

---

**PROCEEDINGS: Continued Order to Show Cause Why Supervised Release Conditions Should Not Be Revoked**

- Defendant admits to all the allegations in the petition filed January 18, 2007.
- Court finds that the defendant did violate conditions of supervised release. Court will submit its findings to district judge.
- Defendant to remain in custody.

NOTES: Court ordered the U.S. Marshals Service to accomodate defendant's family to visit with him.