IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>FRANCIS A. AGUON,<br><br>　　　　　　Defendant. | CRIMINAL CASE NO. 97-00074<br><br>**REPORT & RECOMMENDATION CONCERNING VIOLATIONS OF SUPERVISED RELEASE CONDITIONS IN A FELONY CASE** |

On January 18, 2007, the United States Probation Office filed a Petition and supporting declaration alleging that the Defendant violated his conditions of supervised release. See Docket No. 53. According to the Petition and declaration, the Defendant:

1. repeatedly tested positive for the use of controlled substances ("ice" and marijuana);
2. failed to appear for drug counseling (two sessions);
3. failed to appear for urinalysis testing (10 occasions); and
4. failed to submit his monthly supervision reports (October and November 2006).

Additionally, on January 25, 2007, the probation officer filed a Supplemental Declaration alleging further violations. See Docket No. 56.

On February 13, 2007, the Defendant appeared with counsel before the Court. The Defendant knowingly and voluntarily waived his right to an evidentiary hearing and admitted to the violations alleged in the Petition filed on January 18, 2007. The Defendant did not answer to the allegations contained in the Supplemental Declaration filed January 25, 2007. The

Government, the Defendant, and the probation officer agreed that the appropriate sanction for these violations was to revoke the Defendant's term of supervised release and sentence him to an eleven-month term of imprisonment.

Based on the Defendant's admissions, I therefore find probable cause to believe that the Defendant violated his conditions of supervised release. Accordingly, I hereby recommend that the District Judge revoke the Defendant's term of supervised release and impose the sentence agreed upon by the parties. This matter shall be scheduled for a disposition hearing before the District Judge on Thursday, March 15, 2007, at 9:00 a.m., unless otherwise re-scheduled by the District Judge.

DATED this 13th day of February 2007.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**

### NOTICE

**Failure to file written objections to this Report within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).**