**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**GENERAL**

CASE NO.: CR-97-00074            DATE: March 15, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley      Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore      Electronically Recorded: 9:21:37 - 9:47:38
CSO: B. Benavente

**APPEARANCES:**
Defendant: Francis A. Aguon      Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Karon Johnson      U.S. Agent:
U.S. Probation: Grace Flores      U.S. Marshal: D. Punzalan / T. Muna
Interpreter:      Language:

**PROCEEDINGS: Disposition Hearing**
- Proceedings continued to: March 29, 2007 at 9:00 a.m.

NOTES: