
FILED
DISTRICT COURT OF GUAM
MAR 23 2007
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 97-00074-001 |
| Plaintiff, | ) | |
| | ) | **SPECIAL REPORT** |
| vs. | ) | |
| FRANCIS A. AGUON, | ) | |
| Defendant. | ) | |

**Re: Bureau of Prisons 500 hour Residential Drug Abuse Program**

      On March 15, 2007, Francis A. Aguon, appeared before the Honorable Frances Tydingco-Gatewood for a Disposition hearing. Mr. Aguon had previously admitted to all violations alleged in the Probation petition filed on January 18, 2007.

      At the Disposition hearing, the Court stated its intent to sentence Mr. Aguon to 22 months imprisonment, and ordered the Probation Office to submit a brief to assist the Court in determining if the Bureau of Prisons would allow Mr. Aguon to return to the 500 hour Drug Abuse Program.

      A query was sent to the Bureau of Prisons regarding the 500 hour Residential Drug Abuse Program. Responses were received from the Community Corrections Manager, Program Specialist of the Transitional Drug Abuse Treatment Program and the Regional Drug Abuse Program Coordinator. All responses indicated that revocation based on a violation does not preclude participation in the 500 hour program, provided there is documented history of substance abuse within one year. The offender must have a minimum sentence of 24 months in order to participate in the program. If the offender had previously participated in the program and received the early release benefit, they are no longer eligible for this as it is only granted once. A judicial recommendation to attend the 500 hour program is also beneficial as it would assist in designating the offender to a facility with the program. However, it is a requirement that the offender must still

SPECIAL REPORT
Bureau of Prisons 500 hour Residential Drug Abuse Program
Re: AGUON, Francis A.
USDC Cr. Cs. No. 97-00074-001
March 23, 2007
Page 2

volunteer for the program once they reach the facility. Prospective participants are placed in treatment cohorts based on their release date, and may be placed on a waiting list. The Bureau of Prisons assures that treatment will not be denied for anyone who is in need. As an alternative to the Residential Drug Abuse Program, the Nonresidential Drug Abuse Treatment Program is available at every facility.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
GRACE D. FLORES
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Karon Johnson, AUSA
    Federal Public Defender
    File

ORIGINAL