# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-97-00074　　　　　　　　　　　　DATE: March 29, 2007

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 8:55:27 - 9:31:10
CSO: B. Pereda

---

**APPEARANCES:**

Defendant: Francis A. Aguon　　　　　　　Attorney: Richard Arens
☒ Present ☒ Custody ☐ Bond ☐ P.R.　　☒ Present ☐ Retained ☒ FPD ☐ CJA

U.S. Attorney: Karon Johnson　　　　　　U.S. Agent:
U.S. Probation: Grace Flores　　　　　　U.S. Marshal: V. Roman / T. Muna
Interpreter:　　　　　　　　　　　　　　Language:

---

**PROCEEDINGS: Disposition of Order to Show Cause Hearing**
- The Court Ordered the U.S. Marshals Service to coordinate with Department of Corrections for Mr. Aguon to be assessed at the Lighthouse Recovery Center.
- The Probation Officer was instructed to request for a hearing upon completion of the assessment.
- Defendant to remain in custody.

NOTES: Gregorio Borja was sworn and examined.