# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 97-00074-001 |
| ) | |
| Plaintiff, ) | |
| ) | **MOTION FOR A PSYCHOLOGICAL OR** |
| vs. ) | **PSYCHIATRIC EVALUATION** |
| ) | |
| FRANCIS A. AGUON, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

     On March 15, 2007, Francis A. Aguon, appeared before the Honorable Frances Tydingco-Gatewood for a Disposition hearing. Mr. Aguon had previously admitted to all violations alleged in the petition filed on January 18, 2007.

     At the Disposition Hearing held on March 29, 2007, Mr. Greg Borja, Clinical Supervisor with the Salvation Army Lighthouse Recovery Center, indicated that a substance abuse assessment of Mr. Aguon would occur, and a determination of appropriate placement at their facility would be made. The District Court ordered the U.S. Probation Office to inform the Court when the assessment was completed and request for a hearing.

     On May 23, 2007, Mr. Borja reported that the assessment has been completed. He additionally indicated the desire for the Court to order a psychological or psychiatric evaluation to determine Mr. Aguon's level of possible depression. The undersigned is therefore requesting the Court order Mr. Aguon to undergo a psychological or psychiatric evaluation at the direction of the U.S. Probation Office. Upon completion of the evaluation, this Officer will request the Court to schedule a disposition hearing.

     Respectfully submitted,

     FRANK MICHAEL CRUZ
     Chief U.S. Probation Officer

By: /s/ GRACE D. FLORES
     U.S. Probation Officer

Reviewed by:

/s/ ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:    Karon Johnson, AUSA
       Federal Public Defender
       File