FRANK MICHAEL CRUZ
Chief U.S. Probation Officer
GRACE D. FLORES
U.S. Probation Officer
U.S. District Court of Guam
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910
Telephone: (671) 473-9201
Fax: (671) 473-9202

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 97-00074-001 |
| Plaintiff, | |
| vs. | **ORDER; RE: MOTION FOR A PSYCHOLOGICAL OR PSYCHIATRIC EVALUATION** |
| FRANCIS A. AGUON, | |
| Defendant. | |

Upon the motion by the U.S. Probation Office, the Court hereby directs Francis A. Aguon to undergo a psychological or psychiatric evaluation at the direction of the U.S. Probation Office.

IT IS SO ORDERED.

**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Jul 06, 2007**