JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
FRANCIS A. AGUON



FILED
DISTRICT COURT OF GUAM

AUG - 9 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CR-97-00074 |
|---|---|
| Plaintiff, | ) MOTION TO SCHEDULE DISPOSITION ) HEARING |
| vs. | ) |
| FRANCIS A. AGUON, | ) |
| Defendant. | ) |

COMES NOW the defendant, FRANCIS A. AGUON, through counsel, Richard P. Arens, Assistant Federal Public Defender, and moves this Honorable Court to schedule a disposition hearing convenient to the court. This motion is based on Mr. Aguon's acceptance into the Lighthouse Recovery Center.

DATED: Mongmong, Guam, August 9, 2007.

_____
RICHARD P. ARENS
Attorney for Defendant
FRANCIS A. AGUON

ORIGINAL

## CERTIFICATE OF SERVICE

I, ALEXANDER A. MODABER, hereby certify that a true and exact copy of the foregoing document was filed with U.S. District Court and electronically served by the U.S. District Court Clerk's Office to the following on August 9, 2007:

KARON V. JOHNSON
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

GRACE FLORES
U.S. Probation Officer
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, August 9, 2007.

ALEXANDER A. MODABER
Investigator