JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
FRANCIS A. AGUON

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CR 97-00074 |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | ORDER re MOTION TO SCHEDULE |
| vs. | ) | DISPOSITION HEARING |
| | ) | |
| FRANCIS A. AGUON, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the Disposition Hearing in the above-captioned case is scheduled for September 4, 2007, at 10:30 a.m.

SO ORDERED.



**/s/ Frances M. Tydingco-Gatewood**
      **Chief Judge**
**Dated: Aug 16, 2007**