# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-97-00074-001                                DATE: September 04, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Sara Weber                                    Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez                Electronically Recorded: 11:06:37 - 11:25:56
CSO: N. Edrosa / J. Lizama

**APPEARANCES:**

Defendant: Francis A. Aguon                              Attorney: Richard Arens
    Present   Custody   Bond   P.R.                Present   Retained   FPD   CJA

U.S. Attorney: Rosetta San Nicolas                       U.S. Agent:
U.S. Probation: Grace Flores                             U.S. Marshal: D. Punzalan / T. Muna
Interpreter:                                             Language:

**PROCEEDINGS: Disposition Hearing**

- Court finds that the defendant did violate conditions of supervised release.
- Defendant committed to the Bureau of Prisons for a term of <u>time served (approximately 7 months)</u>.
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>42 months</u>, with conditions (refer to Judgment for conditions of supervised release).
- Defendant released from custody and instructed to report to the Salvation Army Lighthouse Recovery Center.

NOTES: