# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 97-00074-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SUPPLEMENTAL** |
| | ) | **DECLARATION IN SUPPORT OF PETITION** |
| vs. | ) | |
| | ) | |
| FRANCIS A. AGUON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      I, U.S. Probation Officer Grace D. Flores, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of supervised release for Francis A. Aguon, and in that capacity declare as follows:

      On October 14, 1997, Francis Aguon was sentenced to 108 months imprisonment and five years supervised release for the offense of Possession with Intent to Distribute Methamphetamine Hydrocholoride, in violation of 21 U.S.C. § 841(a)(1). On July 20, 2005, Mr. Aguon's term of supervised release was revoked, and he was sentenced to 11 months imprisonment followed by 49 months of supervised release. On September 4, 2007, Mr. Aguon's term of supervised release was revoked and he was sentenced to time served, approximately seven months, followed by a 42 month term of supervised release. His term of supervised release began on September 4, 2007. Mr. Aguon is alleged to have committed the following in violation of 18 U.S.C. §3583(d):

**Violation 4, Mandatory Condition:** *The defendant shall refrain from any unlawful use of a controlled substance.*

      On February 6, 2008, Francis Aguon reported to the U.S. Probation Office and a compliance meeting was conducted regarding his departure from the Salvation Army Lighthouse Recovery Center. Prior to taking a drug test, Mr. Aguon admitted in writing to using methamphetamine on February 1, 2, 3, and 4, 2008. He additionally admitted to using marijuana on February 3, 2008. A urinalysis was not conducted.

Supplemental Declaration in Support of Petition
Re:   AGUON, Francis A.
Criminal Case No. 97-00074-001
February 12, 2008
Page 2


**Recommendation:** This Officer respectfully requests that this Supplemental Declaration in Support of Petition be considered with the violation report submitted on February 5, 2008.

Executed this <u>12th</u> day of February 2008, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.


                    Respectfully submitted,

                    ROSSANNA VILLAGOMEZ-AGUON
                    Chief U.S. Probation Officer

By:  /s/ GRACE D. FLORES
                    U.S. Probation Officer

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
  Supervision Unit Leader

cc:   Karon Johnson, AUSA
      Richard P. Arens, AFPD
      File