**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
INITIAL APPEARANCE**

CASE NO.: CR-97-00074  DATE: February 22, 2008

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Recorder: Walter Tenorio
Courtroom Deputy: Walter Tenorio  Electronically Recorded: 10:29:43 - 10:31:00
CSO: D. Quinata

---

**APPEARANCES:**
Defendant: Francis A. Aguon  Attorney: John Gorman
DEFENDANT NOT PRESENT  ☑Present ☐Retained ☑FPD ☐CJA
☐Present ☐Custody ☐Bond ☐P.R.
U.S. Attorney: Karon Johnson  U.S. Agent:
U.S. Probation: Grace Flores  U.S. Marshal: D. Punzalan
Interpreter:  Language:

---

**PROCEEDINGS: Initial Appearance and Arraignment re Petition to Revoke Supervised Release Conditions**
- Court to issue a bench warrant.

NOTES: