AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

UNITED STATES OF AMERICA
V.

FRANCIS A. AGUON

(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

**FILED**
DISTRICT COURT OF GUAM
FEB 22 2008
JEANNE G. QUINATA
Clerk of Court

Case Number: CR-97-00074-001

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>3rd Floor, U.S. Courthouse<br>520 West Soledad Avenue | 302 |
| | Date and Time |
| Before: Honorable Joaquin V. E. Manibusan, Jr. | Friday, February 22, 2008 at 9:00 a.m. |

To answer a(n)
☐ Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    **X** Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

See Petition for Warrant or Summons for Offender Under Supervision filed separately on February 5, 2008

**RECEIVED**
FEB 14 2008
US MARSHALS SERVICE-GUAM

ORIGINAL

MARILYN B. ALCON; Deputy Clerk
Name and Title of Issuing Officer

*/s/ Marilyn B. Alcon*
Signature of Issuing Officer

February 13, 2008
Date

AO83 (Rev. 10/03) Summons in a Criminal Case

# RETURN OF SERVICE

Service was made by me on:[1]     Date  2-21-08

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☑ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: QUINATA, HALEY AND THE BROTHER OF FRANCIS AGUON IDENTIFIED AS "BENNY" AT APPROXIMATELY 1410 HOURS

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  2-21-08
            Date

J. SALAS
Name of United States Marshal

_[signature]_
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.