# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-97-00074　　　　　　　　　　DATE: February 26, 2008

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Recorder: Walter Tenorio |
| Courtroom Deputy: Walter Tenorio | Electronically Recorded: 2:02:40 - 2:07:11 |
| CSO: N. Edrosa | |

---

**APPEARANCES:**

| | |
|---|---|
| Defendant: Francis Aguon | Attorney: John Gorman |
| ☑ Present ☑ Custody ☐ Bond ☐ P.R. | ☑ Present ☐ Retained ☑ FPD ☐ CJA |
| U.S. Attorney: Karon Johnson | U.S. Agent: |
| U.S. Probation: Grace Flores | U.S. Marshal: J. Untalan/M. Cepeda |
| Interpreter: | Language: |

---

**PROCEEDINGS: Initial Appearance re Petition to Revoke Supervised Release**
- <u>Federal Public Defender</u> appointed to represent the defendant.
- Violation hearing is set for <u>March 10, 2008 at 1:30 p.m.</u>
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: