# UNITED STATES DISTRICT COURT

District of  Guam

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER OF DETENTION TO PERMIT REVOCATION OF SUPERVISED RELEASE OR OTHER APPROPRIATE DISPOSITION** |
| V. | |
| FRANCIS A. AGUON | Case  CR-97-00074 |
| *Defendant* | |

I find that the defendant

X  is, and was at the time the alleged offense was committed:

☐  on release pending trial for a felony under federal, state, or local law.

☐  on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence, for an offense under federal, state, or local law.

X  on supervised release for an offense under federal, state, or local law; or

☐  is not a citizen of the United States or lawfully admitted for permanent residence as defined at (8 U.S.C. §1101(a)(20)).

and I further find that the defendant

X  poses a risk of non-appearance, or     X  poses a danger to another person or the community.

I accordingly ORDER the detention of the defendant to and including   March 10, 2008, at 1:30 p.m.  , at which time a violation hearing will be held to determine whether the Defendant violated the terms of his supervised release.



**/s/ Joaquin V.E. Manibusan, Jr.**
  **U.S. Magistrate Judge**
**Dated: Feb 26, 2008**