**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**REVOCATION**

CASE NO.: CR-97-00074　　　　　　　　　　DATE: March 10, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　Court Recorder: Walter Tenorio
Courtroom Deputy: Walter Tenorio　　Electronically Recorded: 1:31:21 - 1:41:55
CSO: B. Pereda

**APPEARANCES:**
Defendant: Francis A. Aguon　　　　Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Karon Johnson　　　　U.S. Agent:
U.S. Probation: Grace Flores　　　　U.S. Marshal: D. Punzalan
Interpreter:　　　　　　　　　　　　Language:

**PROCEEDINGS: Violation Hearing**
- Defendant admits to all the allegations.
- Defense request for release pending dispostion hearing <u>denied</u>.
- Disposition Hearing: <u>March 21, 2008 at 9:30 a.m.</u>
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: