IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 97-00074 |
| Plaintiff, ) | |
| ) | **REPORT & RECOMMENDATION** |
| vs. ) | **CONCERNING VIOLATIONS OF** |
| ) | **SUPERVISED RELEASE CONDITIONS** |
| FRANCIS A. AGUON, ) | **IN A FELONY CASE** |
| Defendant. ) | |

On February 5, 2008, the United States Probation Office filed a Petition and supporting declaration alleging that the Defendant violated his conditions of supervised release. See Docket No. 77. Additionally, on February 14, 2008, a Supplemental Declaration was filed. See Docket No. 80. According to the Petition, declaration and Supplemental Declaration, the Defendant:

1. used of controlled substances (methamphetamine and marijuana);
2. failed to submit to urinalysis; and
3. failed to obey all rules and regulations associated with the Salvation Army Lighthouse Recovery Center program.

On March 10, 2008, the Defendant appeared with counsel before the Court. The Defendant knowingly and voluntarily waived his right to an evidentiary hearing and admitted to the violations alleged in the Petition and Supplemental Declaration. The parties had not reached a consensus as to an appropriate sanction.

Based on the Defendant's admissions, I therefore find probable cause to believe that the

Defendant violated his conditions of supervised release. Accordingly, I hereby recommend that the District Judge revoke the Defendant's term of supervised release and impose sentence accordingly. This matter shall be scheduled for a disposition hearing before the District Judge on Friday, March 21, 2008, at 9:1500 a.m., unless otherwise re-scheduled by the District Judge.

IT IS SO RECOMMENDED.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Mar 10, 2008

**NOTICE**

**Failure to file written objections to this Report within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).**