CASE NO.: CR-97-00074-001       DATE: March 19, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber         Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos/Virginia T. Kilgore    Electronically Recorded: 9:45:12 - 10:19:51
CSO: B. Pereda

**APPEARANCES:**
Defendant: Francis A. Aguon           Attorney: Richard Arens
☑ Present ☑ Custody ☐ Bond ☐ P.R.     ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Frederick A. Black     U.S. Agent:
U.S. Probation: Grace Flores          U.S. Marshal: D. Punzalan / G. Perez
Interpreter:                          Language:

**PROCEEDINGS: Disposition Hearing**
- Motion for revocation of supervised release <u>granted</u>.
- Defendant committed to the Bureau of Prisons for a term of <u>24 months. While in prison, defendant shall participate in the 500 hour drug treatment program.</u>
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>18 months,</u> with conditions (refer to Judgment for conditions of supervised release).
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: